# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director



**Registration Number**
## VA 2-166-938
**Effective Date of Registration:**
August 20, 2019
**Registration Decision Date:**
August 28, 2019

## Title
    **Title of Work:** YETI - Additional Features Artwork

## Completion/Publication
    **Year of Completion:** 2015
    **Date of 1st Publication:** July 22, 2016
    **Nation of 1st Publication:** United States

## Author
-     **Author:** YETI Coolers, LLC
    **Author Created:** 2-D artwork, text
    **Work made for hire:** Yes
    **Citizen of:** United States

-     **Author:** McGarrah Jessee, L.P.
    **Author Created:** 2-D artwork, text
    **Work made for hire:** Yes
    **Citizen of:** United States

## Copyright Claimant
    **Copyright Claimant:** YETI Coolers, LLC
    7601 Southwest Parkway, Austin, TX, 78735, United States
    **Transfer statement:** By written agreement

## Rights and Permissions
    **Organization Name:** YETI Coolers, LLC
    **Address:** 7601 Southwest Parkway
    Austin, TX 78735 United States

## Certification

**Name:** Maurine L. Knutsson
**Date:** August 20, 2019
**Applicant's Tracking Number:** 008117.03468

**Correspondence:** Yes